UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

OLIVER ELOY MATA VELASQUEZ,

    Petitioner,

  v.                                            25-CV-493-LJV
                                                     ORDER

STEPHEN KURZDORFER et al.,

    Respondents.

_____

The petitioner, Oliver Eloy Mata Velasquez, is a civil immigration detainee currently held at the Buffalo Federal Detention Facility. He claims that the federal government arrested and detained him without the legal authority to do so and in violation of his due process rights. Docket Item 1. He seeks relief under 28 U.S.C. § 2241. Docket Item 1.

## ORDER

IT IS HEREBY ORDERED that the respondents shall file and serve an **answer** responding to the allegations in the petition **on or before June 16, 2025**; and it is further

ORDERED that **on or before June 16, 2025,** the respondents shall file and serve, in addition to the answer, a **memorandum of law** addressing each of the issues raised in the petition and including citations to supporting authority and applicable sections of the Immigration and Nationality Act; and it is further

ORDERED that **on or before June 16, 2025**, instead of the answer, the respondents may file a **motion to dismiss** the petition, accompanied by appropriate exhibits, demonstrating that an answer to the petition is unnecessary; and it is further

ORDERED that the petitioner shall file a written reply **on or before June 20, 2025**; and it is further

ORDERED that pending this Court's consideration of the petition, the respondents **are hereby restrained** from removing the petitioner outside of the jurisdiction of the United States District Court for the Western District of New York; and it is further

ORDERED that the Clerk of the Court shall serve a copy of the petition and its exhibits, together with a copy of this order, electronically via a notice of electronic filing to the United States Attorney's Office, Western District of New York, at USANYW-Immigration-Habeas@usdoj.gov.

**THE PETITIONER MUST FORWARD A COPY OF ALL FUTURE PAPERS AND CORRESPONDENCE TO THE ATTORNEY APPEARING FOR THE RESPONDENTS.**

SO ORDERED.

Dated:   June 9, 2025
         Buffalo, New York

　　　　　　　　　　　　　　　　　　　　　　 /s/ Lawrence J. Vilardo
　　　　　　　　　　　　　　　　　　　　　　LAWRENCE J. VILARDO
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE